# Court of Appeals
# of the State of Georgia

ATLANTA,   May 31, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1963.  RONALD G. DANIELS v. THE STATE.**

Ronald G. Daniels pled guilty to two counts of theft by taking in 2009.  Over two years later, he filed a motion to dismiss his convictions, asserting that the trial court did not have personal or subject matter jurisdiction over him.  The trial court denied the motion, and Daniels filed this direct appeal.

We lack jurisdiction.  A motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010).  Because Daniels is not authorized to collaterally attack his convictions in this manner, this appeal is subject to dismissal.  See id; see also *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009) (overruling *Chester v. State*, 284 Ga. 162, 162-163 (2) (664 SE2d 220) (2008)); *Matherlee v. State*, 303 Ga. App. 765 (694 SE2d 665) (2010).  Accordingly, Daniels's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/31/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.


, Clerk.